**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00099-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OSCAR HERNANDEZ-ARTEGA,
    a.k.a. Victor Acosta,
    a.k.a. Oscar Hernandez,

    Defendant.

## ORDER DENYING APPLICATION FOR COUNSEL TO OBTAIN SERVICES OF MITIGATION SPECIALIST

**Blackburn, J.**

The matter is before the me on the defendant's **CJA *Ex Parte* Application for Authorization for Counsel To Obtain Services of Mitigation Specialist** [#34-1][1] filed *ex parte* on November 17, 2015.  After careful review of the application and the file, I conclude that the application should be denied without prejudice as premature.

Counsel seeks judicial approbation for the expenditure of $1,625 for the services of a "mitigation specialist" to assist the defendant in the presentation of his history and characteristics at sentencing. However, the request is premature for at least two reasons. First, no sentencing hearing is set because no change of plea has occurred because no notice of disposition has been filed. Second, there is no circumstantiated

---

[1]  "[#34-1]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

showing that the history and characteristics of the defendant can not and will not be completely and accurately reported in a presentence report.

**THEREFORE, IT IS ORDERED** that the **CJA *Ex Parte* Application for Authorization for Counsel To Obtain Services of Mitigation Specialist** is denied without prejudice as premature.

Dated November 19, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge